CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1 | Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4822
Email: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | No. 4:26-cv-04401-HSG<br><br>SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF; ORDER |

Defendant, Frank Bisignano, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a 30-day extension of time to file his response to Plaintiff's motion for summary judgment. There is good cause because the parties are discussing potential settlement and need additional time to see whether they can come to an agreement.

With this extension, the Commissioner would have until November 20, 2026, to file a responsive brief. Plaintiff's optional reply would be due within 14 days of service of defendant's opposition or counter-motion (on or before December 4, 2026).

The undersigned conferred with Plaintiff's counsel, who has no opposition to the

requested extension.

DATED: October 15, 2026

*s/ Kyle Kitson*
KYLE KITSON
(as authorized by email on 9/17/26)
Attorney for Plaintiff

CRAIG H. MISSAKIAN
United States Attorney

DATED: October 15, 2026

By *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: 10/16/2026

Haywood S. Gilliam, Jr.
HON. HAYWOOD S. GILLIAM, Jr.
UNITED STATES DISTRICT JUDGE